UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LANG NATURALS, INC.,<br>Plaintiff,<br>v.<br>PURE WEIGHT LOSS, LLC f/k/a LA WEIGHT LOSS CENTERS, INC.,<br>Defendant. | CA 07 480S<br>C.A. No. ________________ |

## NOTICE OF REMOVAL

Defendant, Pure Weight Loss, LLC ("PWL"), invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), and removes a civil action brought in the Rhode Island Superior Court, Providence County, to the United States District Court for the District of Rhode Island. As grounds therefore, defendant states as follows:

1. Plaintiff, Lang Naturals, Inc. ("Lang Naturals"), filed a complaint in the above-captioned matter in the Rhode Island Superior Court, Washington County, on or about December 21, 2007. A copy of the complaint is attached as Exhibit A.

2. Plaintiff Lang Naturals served a copy of said complaint on defendant on or about December 26, 2007.

3. Plaintiff Lang Naturals is a Rhode Island corporation with its principal place of business in Middletown, Rhode Island. (*See* Ex. A ¶ 1.)

4. Defendant, PWL, is a Delaware limited liability corporation with its principal place of business in Horsham, Pennsylvania.

5. Pure Weight Loss, Inc. is the proper defendant in this case as it is the entity that is formerly known as LA Weight Loss Centers, Inc. Pure Weight Loss, Inc. is a Delaware corporation with its principal place of business in Horsham, Pennsylvania.

6. For purposes of diversity jurisdiction, the citizenship of unincorporated entities, including limited liability companies, is determined by the citizenship of its members. *See Pramco, LLC v. San Juan Bay Marina, Inc.*, 435 F. 3d 51, 54 (1st Cir. 2006). Defendant PWL's member is a citizen of the Commonwealth of Pennsylvania. Therefore, Plaintiff and Defendant are diverse.

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and removal to this Court is proper under 28 U.S.C. § 1441(a), insofar as this controversy is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000 (*see* Ex. A at 5).

8. This Notice of Removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

9. On this date, defendant filed a Notice of Filing of Notice of Removal in the Rhode Island Superior Court, Providence County. A copy of this notice is attached as Exhibit B.

PURE WEIGHT LOSS, LLC

By its Attorneys,

[signature]

Mitchell R. Edwards (#6942)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Dated: December 27, 2007

CERTIFICATION

To:

Robert K. Taylor
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

I hereby certify that I mailed a true and accurate copy of the above Notice of Removal with attachments to counsel of record, as set forth above, on December 27, 2007.

#857911