# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

LANG NATURALS, INC.,

Plaintiff,

v.

PURE WEIGHT LOSS, LLC f/k/a LA WEIGHT LOSS CENTERS, INC.,

Defendant.

C.A. No. PC07-6953

FILED
HENRY S. KINCH JR., CLERK
2007 DEC 21 A 9:46

## COMPLAINT

Lang Naturals, Inc. ("Lang Naturals"), through counsel, complains against Pure Weight Loss, LLC f/k/a LA Weight Loss Centers, Inc. ("PWL") as follows:

### Parties

1. Plaintiff Lang Naturals is a Rhode Island corporation with its principal place of business in Middletown, Rhode Island. Lang Naturals develops and sells nutritional and weight loss products such as high protein food bars and beverages. Lang Naturals' customers resell the products to retailers or end users.

2. Defendant PWL is a Delaware limited liability corporation with its principal place of business in Horsham, Pennsylvania. PWL sells weight loss products through retail outlets located throughout the United States, including in Rhode Island.

### Jurisdiction and Venue

3. Jurisdiction is proper pursuant to R.I.G.L. § 8-2-14, in that the amount in controversy exceeds $10,000.

4. Venue is proper in this Court pursuant to R.I. Gen. Laws §§ 9-4-3 and 9-4-4.

**Facts**

5. PWL has purchased various food bars, beverages and other products from Lang Naturals since 1998.

6. PWL submits purchase orders to Lang Naturals, which when confirmed by Lang Naturals become binding contracts to purchase on payment terms set by Lang Naturals. For PWL purchases invoiced after May 15, 2007, Lang Naturals' payment terms are net 90 days.

7. As of December 19, 2007, PWL had unpaid invoices for finished Lang Naturals products totaling Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19), of which Five Hundred Seventy Six Thousand Six Hundred Eighty-Nine dollars and 47 cents ($576,689.47) is more than 90 days old. In addition, PWL owed Lang Naturals approximately One Hundred Fifty Thousand dollars ($150,000.00) for finished goods not yet invoiced.

8. On information and belief, Vahan Karian is PWL's owner and chief executive officer. As recently as November, 2007, Karian indicated that he wanted Lang to continue producing products for delivery to PWL's stores in December and January, pursuant to its outstanding purchase orders. Karian also provided assurances that Lang would be paid, by among other things directing PWL to give Lang $450,000 in post-dated checks, to be deposited according to an agreed schedule in November and December. On December 3, 2007, Karian met personally with Lang and gave Lang further assurances that the checks would be honored, and that PWL expected strong sales in January. However, on or about December 12, 2007, PWL canceled all outstanding purchase orders to Lang Naturals for unfinished goods. Lang Naturals has incurred and will continue to incur substantial costs for materials, packaging, manufacturing time, and other items in connection with these purchase orders.

9. On or about December 12, 2007, PWL notified Lang Naturals that it was stopping payment on certain checks that had been tendered to Lang Naturals in November, 2007 in order to induce Lang Naturals to continue performing its contracts with PWL.

10. On or about December 14, 2007, PWL publicly announced that it would be closing its retail stores on January 4, 2008.

11. Despite repeated demand, PWL has refused, failed and neglected to pay and continues to refuse, fail and neglect to pay Lang Naturals for outstanding sums due.

**COUNT I – Book Account**

12. Lang Naturals repeats and realleges the allegations contained in paragraphs 1 through 11 as if each were fully set forth herein.

13. PWL owes Lang Naturals Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19) for goods purchased and invoiced, plus additionally accrued interest, costs and fees.

WHEREFORE, the Plaintiff Lang Naturals demands judgment against Defendant PWL in the amount of Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19), together with additional interest accruing thereon, plus additional costs and expenses, including reasonable attorneys' fees, and for such other relief as this Court deems just and proper.

**COUNT II – Goods Provided**

14. Lang Naturals repeats and realleges the allegations contained in paragraphs 1 through 13 as if each were fully set forth herein.

15. PWL owes Lang Naturals accounts receivable of Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19) for finished and invoiced goods provided by Lang Naturals to PWL at PWL's request, no part of which has

been paid, despite repeated duly made demand. PWL further owes Lang Naturals approximately One Hundred Fifty Thousand dollars ($150,000.00) for finished goods not yet invoiced.

WHEREFORE, the Plaintiff Lang Naturals demands judgment against Defendant PWL in the amount of Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19) for finished and invoiced goods, plus amounts owed for finished and uninvoiced goods, together with additional interest accruing thereon, plus additional costs and expenses, including reasonable attorneys' fees, and for such other relief as this Court deems just and proper.

**COUNT III – Quantum Meruit**

16. Lang Naturals repeats and realleges the allegations contained in paragraphs 1 through 15 as if each were fully set forth herein.

17. Lang Naturals finished goods for PWL with the reasonable expectation that it would be compensated for same.

18. PWL benefited from the goods finished but to date has not compensated Lang Naturals for same.

WHEREFORE, the Plaintiff Lang Naturals demands judgment against Defendant PWL in the amount of Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19) for finished and invoiced goods, plus amounts owed for finished and uninvoiced goods, together with additional interest accruing thereon, plus additional costs and expenses, including reasonable attorneys' fees, and for such other relief as this Court deems just and proper.

**COUNT IV – Unjust Enrichment**

19. Lang Naturals repeats and realleges the allegations contained in paragraphs 1 through 18 as if each were fully set forth herein.

20. Lang Naturals finished certain goods for PWL with the reasonable expectation that it would be compensated for same.

21. PWL has benefited from the goods finished by Lang Naturals and continues to refuse, fail and neglect to compensate Lang Naturals for same.

22. By refusing to pay for the finished goods, PWL has been unjustly enriched to the detriment of Lang Naturals.

WHEREFORE, the Plaintiff Lang Naturals demands judgment against Defendant PWL in the amount of Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19) for finished and invoiced goods, plus amounts owed for finished and uninvoiced goods, together with additional interest accruing thereon, plus additional costs and expenses, including reasonable attorneys' fees, and for such other relief as this Court deems just and proper.

**COUNT V – Breach of Contract**

23. Lang Naturals repeats and realleges the allegations contained in paragraphs 1 through 23 as if each were fully set forth herein.

24. PWL is in breach of its agreements to pay Lang for finished goods. Furthermore, on or about December 12, 2007, PWL canceled valid and binding purchase orders for goods not yet finished and shipped by Lang Naturals. Lang Naturals has incurred and will continue to incur substantial costs for materials, packaging, manufacturing time, and other items in connection with these unfinished goods. PWL's cancellation of the purchase orders is a breach of contract which has damaged Lang Naturals in an amount to be proven at trial.

WHEREFORE, the Plaintiff Lang Naturals demands judgment against Defendant PWL for (i) Two Million One Hundred Fourteen Thousand Five Hundred Twenty-Five dollars and 19 cents ($2,114,525.19) for finished and invoiced goods, (ii) amounts owed for finished and

uninvoiced goods, (iii) material, packaging, manufacturing and other costs incurred by Lang in connection with unfinished goods ordered by PWL, (iv) interest, costs and expenses, including reasonable attorneys' fees, and (v) for such other relief as this Court deems just and proper.

LANG NATURALS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: December 21, 2007

957714_1/3879-3