STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

LANG NATURALS, INC.,

Plaintiff,

v.

PURE WEIGHT LOSS, LLC f/k/a LA WEIGHT LOSS CENTERS, INC.,

Defendant.

Case No. PC 07-6953

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that defendant, Pure Weight Loss, LLC, has filed a Notice of Removal in the Office of the Clerk of the United States District Court for the District of Rhode Island. A copy of the Notice of Removal is attached as Exhibit A.

PURE WEIGHT LOSS, LLC

By its Attorneys,

Mitchell R. Edwards (#6942)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Dated: December 27, 2007

CERTIFICATION

To:

Robert K. Taylor
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

I hereby certify that I mailed a true and accurate copy of the above Notice of Filing of Notice of Removal with attached exhibit to counsel of record, as set forth above, on December 27, 2007.

#857912