**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| LANG NATURALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PURE WEIGHT LOSS, LLC f/k/a LA WEIGHT LOSS CENTERS, INC.,<br><br>Defendant. | C.A. No. 07-480S |

**NOTICE OF BANKRUPTCY FILING**

Defendant, Pure Weight Loss, Inc., hereby notifies the Court and Plaintiff, Lang Naturals, Inc. that Defendant has filed a Chapter 7 Voluntary Petition with the United States Bankruptcy Court for the Eastern District of Pennsylvania. A copy of the Voluntary Petition is attached hereto as Exhibit A.

PURE WEIGHT LOSS, LLC

By its Attorneys,

/s/ Mitchell R. Edwards
Mitchell R. Edwards (#6942)
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (FAX)

Dated: January 14, 2008

(60857-134656)
#863636

**CERTIFICATION**

I hereby certify that on January 14, 2008 a copy of the foregoing Notice of Bankruptcy Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Mitchell R. Edwards